# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN JAMES EDMISTEN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-00952-RFB-NJK

**ORDER**

Respondents having filed motions for extension of time (#11, #12), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motions for extension of time (#11, #12) are **GRANTED**. Respondents will have through May 4, 2016, to file and serve an answer or other response to the petition (#4).

DATED: April 15, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge