# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN JAMES EDMISTEN,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-00952-RFB-NJK

**ORDER**

    Petitioner having filed two amended unopposed motions for extensions of time (ECF No. 22, 24), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's amended unopposed motions for extensions of time (ECF No. 22, 24) are **GRANTED**. Petitioner will have through July 26, 2017, to comply with the court's instructions in its order of March 21, 2017 (ECF No. 17).

    DATED: May 25, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge