RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MEGAN C. HOFFMAN
Assistant Federal Public Defender
Nevada State Bar No. 9835
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Megan_Hoffman@fd.org

Attorney for Petitioner Justin Edmisten

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, ET AL.,<br><br>    Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A FIRST AMENDED PETITION**<br><br>**(SECOND REQUEST)** |

    Petitioner Justin James Edmisten moves this Court for an Order extending the time by forty-five (45) days, from July 13, 2018 to and including August 27, 2018 in which to file his counseled amended petition. This motion is based on the attached points and authorities and the record in this case.

/ / /

/ / /

/ / /

# POINTS AND AUTHORITIES

1. Petitioner mailed his *pro se* petition for a writ of habeas corpus on May 15, 2015. ECF No. 4.

2. On March 21, 2017, this Court reconsidered its previous order denying counsel and appointed the Federal Public Defender, District of Nevada. ECF No. 17.

3. On July 25, 2017, counsel filed a Motion to Partially Vacate the March 21, 2017, Order. ECF No. 26. Respondents opposed and Edmisten replied. ECF Nos. 28, 31. On March 29, 2018, this Court entered an Order granting Petitioner's Motion to Vacate the March 21, 2017 order and ordered counsel to file an Amended Petition within sixty (60) days. ECF No. 33. This second request for an extension of time follows.

4. Counsel requires additional time to complete the amended petition in this matter. Counsel has extensive administrative duties, including reviewing and assigning all new cases (including staff assignments). She is responsible for organizing CLEs for the state and federal panel habeas/appeals attorneys. Counsel is first or second chair on dozens of cases and has been training new attorneys by reviewing their cases and pleadings with them. In the last month, counsel was out of the office visiting clients June 21-2, and she was out of the office on other leave June 15, and 27-29. Counsel also prepared a protective petition in *Randolph v. Gentry*, 2:18-cv-00449-RFB-VCF.

5. Counsel emailed counsel for Respondents, Jessica Perlick, who advised she is not opposed to this request. Petitioner understands that opposing counsel's non-opposition does not waive any claims, defenses, statute of limitations, or other substantive arguments the Respondents may choose to raise at a later date.

6. This motion is made in good faith and not for the purpose of delay. Petitioner therefore respectfully requests that this Court grant his motion to file an amended petition on or before August 27, 2018.

Dated this 9th day of July, 2018.

                                                Respectfully submitted,

                                                RENE L. VALLADARES
                                                Federal Public Defender

                                                */s/ Megan C. Hoffman*
                                                MEGAN C. HOFFMAN
                                                Assistant Federal Public Defender

                                                IT IS SO ORDERED:

                                                _____
                                                RICHARD F. BOULWARE, United States District Judge

                                                Dated: __July 12, 2018._____

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jessica Perlick.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Justin Edmisten
Inmate ID 02682479
Clark County Detention Center
330 South Casino Center Boulevard
Las Vegas, NV 89101

                                  */s/ Jessica Pillsbury*
                                  An Employee of the
                                  Federal Public Defender