Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Megan C. Hoffman
Assistant Federal Public Defender
Nevada State Bar No. 9835
Martin Novillo
Assistant Federal Public Defender
Nevada State Bar No. 14811C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
megan_hoffman@fd.org

Attorneys for Petitioner Justin James Edmisten

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin James Edmisten.<br><br>        Petitioner,<br><br>v.<br><br>Dwight Neven, et al.,<br><br>        Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**Unopposed motion to extend time to file opposition to motion to dismiss**<br><br>**(Second Request)** |

## POINTS AND AUTHORITIES

Petitioner Justin James Edmisten respectfully asks this Court to enter an Order extending his deadline for filing a counseled opposition to motion to dismiss by 45 days from March 4, 2019 to April 18, 2019. This is his second request for an extension of time.

Petitioner mailed his *pro se* petition for a writ of habeas corpus on May 15, 2015. ECF No. 4.

On March 21, 2017, this Court reconsidered its previous order denying counsel and appointed the Federal Public Defender, District of Nevada. ECF No. 17.

On January 4, 2019, Respondents filed a Motion to Dismiss First Amended Petition for Writ of Habeas Corpus, ECF No. 48.

Counsel Novillo is newly-appointed to Edmisten's case. His schedule has prevented him from completing a response to the motion to dismiss. Counsel has also had deadlines in the following cases: pretrial motions in *USA v. Schlesinger*, an out-of-district case in Arizona; *King v. Baker*, 3:18-cv-00202-MMD-WGC, AEDPA deadline on or about March 13, 2019. In addition, counsel has been newly assigned to *Luis v. Howell*, 2:18-cv-01073-JCM-CWH and *Zanini v. Baker*, 3:18-cv-00336-MMD-WGC, which has involved record review and travel to meet the clients. Counsel was also out of the office on leave February 14-24, 2019.

Counsel emailed counsel for Respondents, Jessica Perlick, who advised she is not opposed to this request. Petitioner understands that opposing counsel's non-opposition does not waive any claims, defenses, statute of limitations, or other substantive arguments the Respondents may choose to raise at a later date.

Edmisten makes this motion in good faith and not for the purpose of delay. Barring unforeseen circumstances, petitioner does not anticipate the need to request further extensions in this matter. Therefore, Edmisten respectfully requests that this Court grant his motion to file an opposition to motion to dismiss on or before April 18, 2019.

Dated February 22, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Megan C. Hoffman for*
MARTIN L. NOVILLO
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of February, 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jessica Perlick.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Justin Edmisten
No. 1047583
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

*/s/ Arielle Blanck*
An Employee of the
Federal Public Defender