# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend time (third request) (ECF No. 55), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (third request) (ECF No. 55) is **GRANTED**. Petitioner will have through April 25, 2019, to file a response to the motion to dismiss (ECF No. 48).

DATED: April 19, 2019.

                                              RICHARD F. BOULWARE, II
                                              United States District Judge