# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN, | Case No. 2:15-cv-00952-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner having filed a Motion to Extend Time to file a declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 (first request) (ECF No. 63), and good cause appearing;

IT THEREFORE IS ORDERED that Petitioner's Motion to Extend Time (ECF No. 63) is **GRANTED**. Petitioner will have up to and including November 14, 2019 to file a sworn declaration in support of the Motion for Dismissal of Ground Two (ECF No. 62).

DATED: November 5, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge