# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN, | Case No. 2:15-cv-00952-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner has filed a Motion for Dismissal of Ground Two (ECF No. 62). Good cause appearing;

**IT THEREFORE IS ORDERED** that Petitioner's Motion for Dismissal of Ground Two (ECF No. 62) is **GRANTED**. Ground Two of the First Amended Petition (ECF No. 41) is **DISMISSED**.

**IT FURTHER IS ORDERED** that Respondents will have forty-five (45) days from the date of entry of this Order to file and serve an Answer, which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have forty-five (45) days from the date on which the Answer is served to file a Reply.

DATED: November 18, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

1