# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN, | Case No. 2:15-cv-00952-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed Motion for Enlargement of Time (Second Request) (ECF No. 69), and good cause appearing;

IT THEREFORE IS ORDERED that Respondents' unopposed Motion for Enlargement of Time (Second Request) (ECF No. 69) is **GRANTED**. Respondents will have up to and including March 4, 2020, to file an answer to the remaining claims in the First Amended Petition.

DATED: February 4, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge