# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 71), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 71) is **GRANTED**. Respondents will have up to and including March 11, 2020, to file an answer to the remaining claims in the first amended petition.

DATED: March 5, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　United States District Judge

1