Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_novillo@fd.org

*Attorney for Petitioner Justin James Edmisten

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin James Edmisten,<br><br>        Petitioner,<br><br>    v.<br><br>Dwight Neven, *et al.*,<br><br>        Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**Unopposed Motion for an Extension of Time in which to file a Reply**<br><br>**(First request)** |

Petitioner Justin James Edmisten ("Mr. Edmisten") moves for an extension of time of 60 days, up to and including Friday, June 26, 2020, to file his Reply to Respondents' Answer to Mr. Edmisten's First Amended Petition for a Writ of Habeas Corpus. Respondents do not oppose this request.

1. On March 21, 2017, this Court appointed the Federal Public Defender, District of Nevada to Mr. Edmisten's case. ECF No. 17. On September 4, 2018, Mr. Edmisten, through counsel, filed his First Amended Petition. ECF No. 41. Respondents filed their Answer on March 12, 2019, rendering Mr. Edmisten's Reply due on April 27, 2020. ECF No. 73. Mr. Edmisten, for those reasons detailed below, seeks a sixty (60) day extension on his deadline.

2. An extension of time to file is merited on account of various filing deadlines undersigned counsel recently had to meet in non-capital and capital habeas matters. In addition, an extension of time is necessary in light of the difficulties posed by the COVID-19 pandemic.

3. The World Health Organization declared a global pandemic on March 11, 2020. *WHO Director-General's Opening Remarks at The Media Briefing On COVID-19*, World Health Organization, https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020. The outbreak relates to COVID-19, the novel coronavirus. COVID-19 is a highly contagious respiratory illness that causes fever, cough, and shortness of breath. *See Coronavirus Disease 2019 (COVID-19)*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/index.html. The virus also leads to serious complications, including death, in a significant portion of the population—particularly in people over the age of 60 or with other underlying health conditions. *Severe Outcomes Among Patients with Coronavirus Disease 2019 (COVID-19)*, Centers for Disease Control and Prevention, https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm.

4. According to Johns Hopkins University, as of April 27, 2020, there were 3,017,806 confirmed cases in the world, with 209,660 deaths. Johns Hopkins University, Coronavirus Resource Center, https://coronavirus.jhu.edu/ (last visited April 27, 2020 at 12:39 PM). As of April 26, 2020, there were 957,875 cases in the United States, with 53,922 deaths. *Cases in U.S.*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html (last visited April 27, 2020 at 12:39 PM).

5. The Governor of Nevada, Steve Sisolak, declared a state of emergency on March 12, 2020. *Declaration of Emergency for COVID-19*, Nevada Governor Steve Sisolak (Mar. 12, 2020), http://gov.nv.gov/News/Emergency_Orders/2020/2020-03-12_-_COVID-19_Declaration_of_Emergency/. On March 15, 2020, Governor Sisolak directed all public grade schools to close. *COVID-19 Declaration of Emergency Directive*, Nevada Governor Steve Sisolak (Mar. 15, 2020), http://gov.nv.gov/News/Emergency_Orders/2020/2020-03-15_-_COVID-19_Declaration_of_Emergency_Directive_001/. On March 20, 2020, Governor Sisolak issued an emergency directive ordering all nonessential businesses to close. *Full transcript of Gov. Sisolak's emergency directive address*, Las Vegas Sun (March 20, 2020, 6:30 PM), https://lasvegassun.com/news/2020/mar/20/full-transcript-gov-sisolaks-emergency-directive/. On March 24, 2020, Governor Sisolak issued yet another emergency directive stating, "Nevadans who are not living within the same household, working at or patronizing an essential business or providing essential services may not gather in groups of ten or more in any indoor or outdoor public area." *Governor Sisolak signs directive related to public gatherings to mitigate spread of COVID-19*, Nevada Health Response (Mar. 24, 2020), https://nvhealthresponse.nv.gov/wp-content/uploads/2020/03/03.24-PUBLIC-GATHERING-DIRECTIVE_.pdf.

6. The FPD implemented voluntary telework for all employees on March 16, 2020 and made the same mandatory on March 23, 2020. The telework measures adopted require undersigned counsel to work remotely, through use of a personal computer. As a result of these understandable policies, work on Mr. Edmisten's case has been affected by technological difficulties and lack of access to case records, as well as office supplies and amenities. In addition to technical difficulties, school closures have forced counsel to care for his 16-month old child during regular working hours; unsurprisingly, the amount of work counsel is able to perform on any given day has been negatively affected by this development.

7. In the midst of the above-referenced difficulties, undersigned counsel had to meet filing deadlines in capital and non-capital habeas matters, which further prevented him from finalizing the Reply due in this case. Specifically, on April 13, 2020, undersigned counsel filed a 101-page Reply in the matter of *Brown v. Williams et al.*, 11-cv-01058-JCM. In addition, undersigned counsel was compelled to file a motion for equitable tolling in the out-of-state capital habeas matter of *Maury v. Martel*, 12-cv-01043-WBS. In addition to meeting the above-referenced filing deadlines, undersigned counsel had to move forward with investigations and research in various other cases.

8. The requested extension will permit counsel time to thoroughly and adequately respond to the arguments raised by the Respondents in their Answer. This is Edmisten's first request for an extension and is not made for the purposes of delay, but rather in the interests of justice.

9. Finally, the present request for an extension is unopposed. On April 27, 2020, counsel for Petitioner contacted Deputy Attorney Jessica Perlick via email concerning this request for an extension of time. Ms. Perlick has no objection to the request.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file a Reply to Respondents' Answer to Friday June 26, 2020.

Dated April 27, 2020

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this April 28th day of, 2020.