# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed Motion for Enlargement of Time (second request) (ECF No. 76), and good cause appearing;

**IT THEREFORE IS ORDERED** that Petitioner's unopposed Motion for Enlargement of Time (second request) (ECF No. 76) is **GRANTED**. Petitioner will have up to and including August 25, 2020, to file a reply to Respondents' answer (ECF No. 73).

DATED: June 30, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　United States District Judge

1