1
2
3
4
5
6
7
8                            **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11    JUSTIN JAMES EDMISTEN,              Case No. 2:15-cv-00952-RFB-NJK

12                   Petitioner,          **ORDER**

13          v.

14    DWIGHT NEVEN, et al.,

15                   Respondents.

16

17          Petitioner having filed an Unopposed Motion for Enlargement of Time (third request) (ECF

18    No. 78), and good cause appearing;

19          IT THEREFORE IS ORDERED that Petitioner's Unopposed Motion for Enlargement of

20    Time (third request) (ECF No. 78) is **GRANTED**.  Petitioner will have up to and including October

21    9, 2020, to file a reply to Respondents' answer (ECF No. 73).

22          DATED: August 27, 2020.

23          _____
                    RICHARD F. BOULWARE, II
24                  United States District Judge

25

26

27

28

                                        1