Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_novillo@fd.org

*Attorney for Petitioner Justin James Edmisten

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Justin James Edmisten,

      Petitioner,

      v.

Dwight Neven, *et al.*,

      Respondents.

Case No. 2:15-cv-00952-RFB-NJK

**Unopposed Motion for an Extension of Time in which to file a Reply**

**(Fourth request)**

Petitioner Justin James Edmisten ("Mr. Edmisten") moves for an extension of time of seven (7) days, up to and including Friday October 16, 2020, to file his Reply to Respondents' Answer to Mr. Edmisten's First Amended Petition for a Writ of Habeas Corpus. This is Mr. Edmisten's fourth and, counsel anticipates, last request. Respondents do not oppose the same.

1.      On March 21, 2017, this Court appointed the Federal Public Defender, District of Nevada to Mr. Edmisten's case. ECF No. 17. On September 4, 2018, Mr. Edmisten, through counsel, filed his First Amended Petition. ECF No. 41. Respondents filed their Answer on March 12, 2019, rendering Mr. Edmisten's Reply due on April 27, 2020. ECF No. 73. Since, Mr. Edmisten has sought and obtained three extensions of time. ECF Nos. 74, 76, 78. For those reasons detailed below, seeks an additional and final seven (7) day extension on his deadline.

2.      An extension of time to file Mr. Edmisten's Reply to Respondents' Answer is merited on account of various deadlines undersigned counsel recently had to meet in non-capital and capital habeas cases. An extension of time is further merited in light of difficulties posed and efforts undertaken as a result of the COVID-19 pandemic.

3.      Undersigned counsel has had to meet several deadlines in capital and non-capital habeas matters since submitting his last request for an extension of time. More specifically, since the request, undersigned counsel had to expend substantial time drafting an amended petition in the out-of-state capital habeas matter of *Maury v. Martel*, 12-cv-01043-WBS, in order to meet an upcoming filing deadline. In addition, undersigned counsel had to expend significant time and effort drafting claims and conducting research in the capital habeas matter of *Biela v. Gittere, et. al*, 20-cv-00026-GMN, in order to meet a November 2020 filing deadline to file an amended petition. Counsel likewise had to expend significant time researching and drafting pre-trial motions for *United States v. Schlesinger*, 18-cr-02719-RCC, an out-of-

state capital trial matter. Finally, counsel unexpectedly fell ill for several days the week of October 5, which slowed down progress in Mr. Edmisten's Reply.

4.    Counsel had to perform the above-referenced tasks in the midst of the COVID-19 pandemic. Since obtaining the most recent 45-day extension, the pandemic has continued to pose serious difficulties. Throughout that time period, undersigned counsel has continued to telework with use of a personal computer. As a result of the FPD's policies, work on Mr. Edmisten's case has been affected by technological difficulties and lack of access to case records, as well as office supplies and amenities. Although counsel has been able to complete a significant amount of Mr. Edmisten's Reply, a brief 7-day extension is necessary to complete the pleading. The requested, brief extension will permit counsel time to thoroughly and adequately respond to the arguments raised by the Respondents in their Answer.

5.    Finally, the present request for an extension is unopposed.  On October 9, 2020, counsel for Petitioner contacted Deputy Attorney Jessica Perlick via email concerning this request for an extension of time. Ms. Perlick has no objection to the request.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file a Reply to Respondents' Answer to Friday October 16, 2020.

Dated October 9, 2020

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   12th day of October, 2020

4