# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JAMES EDMISTEN,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 2:15-cv-00952-RFB-NJK<br><br>**ORDER** |

Petitioner has filed a proper-person motion for change of venue. ECF No. 87. Petitioner cannot file proper-person documents in this action because counsel represents him. LR IA 11-6(a). Petitioner needs to make his request through counsel.

IT THEREFORE IS ORDERED that the clerk of the court **STRIKE** the proper-person motion (ECF No. 87).

DATED: <u>March 29, 2022</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge

1